UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JAMES KULP,<br><br>             Plaintiff,<br><br>      v.<br><br>STANISLAUS COUNTY SHERIFF DEPT., et al.,<br><br>             Defendants. | Case No. 1:22-cv-00829-ADA-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>(ECF No. 10) |

Plaintiff Anthony James Kulp is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 19, 2022, the assigned Magistrate Judge issued Findings and Recommendations recommending the action be dismissed for failure to state a cognizable claim for relief. (ECF No. 8.)

On September 28, 2022, the Magistrate Judge's Findings and Recommendations were adopted, in part, and the complaint was dismissed, with leave for Plaintiff to file an amended complaint if so desired within 30 days. (ECF No. 10.) Plaintiff has not filed an amended complaint and the time to do so has passed.

///

///

1

Accordingly, IT IS SO ORDERED:

1. This action is dismissed for failure to state a cognizable claim for relief; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    December 14, 2022

_____
UNITED STATES DISTRICT JUDGE

2